IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY CHEAURE, et al., | |
| Plaintiffs, | |
| v. | No. 1:15-cv-09053 |
| GREAT LAKES CREDIT SERVICE ORGANIZATION, INC., | |
| Defendant. | |

## ORDER

Upon stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the above-entitled action, including all claims asserted therein, is hereby dismissed with prejudice.

Dated this 13 day of December 2016.

_____
UNITED STATES MAGISTRATE JUDGE